

# EXHIBIT TO PLEADING

## CORRECTED EXHIBIT R TO MOTION TO TRANSFER, ECF NO. 1

&

## CORRECTED EXHIBIT S TO MOTION TO TRANSFER, ECF NO. 1




U.S. POSTAGE >> PITNEY BOWES
ZIP 94304
02 4W
0000371487 MAY 12 2021
$ 020.40

# UNITED STATES POSTAL SERVICE®

# PRIORITY MAIL

- Expected delivery date specified for domestic use.
- Most domestic shipments include up to $50 of insurance (restrictions apply).*
- USPS Tracking® included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.

** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

## MAILING ENVELOPE
### FOR DOMESTIC AND INTERNATIONAL USE

**FROM:**

WILSON, SONSINI, GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, California 94304-1050

**WILSON SONSINI**

Wilson Sonsini Goodrich & Rosati
Professional Corporation
650 Page Mill Road
Palo Alto, California 94304-1050

**Clerk of Court**
**Southern District of West Virginia**
**United States District Court**
**Huntington Division**
**Sidney L. Christie Federal Building**
**845 Fifth Avenue, Room 101**
**Huntington, WV 25701**

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP



UNITED STATES POSTAL SERVICE®
USPS TRACKING #
9114 9022 0078 9352 5669 82

Label 400 Jan. 2013
7690-16-000-7948

## TRACKED • INSURED



PS00000000013

EP14 May 2020
OD: 11 5/8 x 15 1/8

## VISIT US AT USPS.COM®
### ORDER FREE SUPPLIES ONLINE

